**Order entered July 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00541-CV

### IN THE BEST INTEREST AND PROTECTION OF J.A., A MINOR CHILD

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 19M-091**

## ORDER

Before the Court is the State's July 3, 2019 first motion for extension of time to file its

brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 8, 2019.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE